# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                           CRIMINAL NO. 16-CR-30023-DRH

MICHAEL H. MCDANIEL,

    Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 27, 2017, this Court entered an Order for forfeiture against defendant Michael H. McDaniel for the following property which had been seized from the defendant:

**One Hewlett Packard Pavilion computer, Model Number a1700n, bearing serial number CNH70201B3, and all components therein; and**

**One Hewlett Packard ProBook laptop computer, Model Number 4440s, bearing serial number 2CE3180FB4.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 6, 2017, and ending March 7, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 27, 2017, namely:

> **One Hewlett Packard Pavilion computer, Model Number a1700n, bearing serial number CNH70201B3, and all components therein; and**
>
> **One Hewlett Packard ProBook laptop computer, Model Number 4440s, bearing serial number 2CE3180FB4.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**DATE: May 4, 2017**

Digitally signed by
Judge David R. Herndon
Date: 2017.05.04
17:11:58 -05'00'

**United States District Judge**